JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZ DAWOODJEE,<br>　　　Plaintiff,<br><br>　　　v.<br><br>AGILITI HEALTH, INC., et al.,<br>　　　Defendants. | CV 22-704<br><br>JUDGMENT |

　　The Court having granted Defendants' motions to dismiss,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  August 2, 2022

　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge